EAG:DCP
F. #2015R01311

**CR 15 - 459**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

JOHN DOE,

          Defendant.

- - - - - - - - - - - - - - - - -X

NOTICE OF MOTION

Criminal Docket No. __-____(__)

**WEINSTEIN, J.**

**POLLAK, M.J.**

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   Brooklyn, New York
         September 10, 2015

                                            KELLY T. CURRIE
                                            Acting United States Attorney
                                            Eastern District of New York
                                            Attorney for Plaintiff
                                            271 Cadman Plaza East
                                            Brooklyn, New York 11201

                                    By:     _____
                                            David C. Pitluck
                                            Assistant United States Attorney
                                            (718) 254-6108

Cc:   Clerk of the Court
      Louis Freeman, Esq.